No. 145. REA ET AL., TRUSTEES, *v*. ALEXANDER, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. James A. Cosgrove* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch, Thomas G. Carney,* and *Thomas E. Harris* for respondent.

No. 146. SPLINT COAL CORP. *v*. ANDERSON, ADMINISTRATRIX. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cleon K. Calvert* for petitioner.

No. 147. LONGO *v*. NEW JERSEY. October 14, 1940. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. A. J. Isserman* for petitioner. *Mr. Atwood C. Wolf* for respondent.

No. 148. TYNG *v*. HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wayne Johnson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 150. GILSTRAP ET AL. *v*. STANDARD OIL CO. ET AL.; and